PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARNULFO SANCHEZ, <br><br> Defendant. | CASE NO. 2:16-CR-00025-TLN <br><br> STIPULATION REGARDING SAFETY VALVE ELIGIBILITY; ORDER <br><br> DATE: August 17, 2017 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. On February 11, 2016, the defendant, Arnulfo Sanchez, and nine others were indicted by a federal grand jury. (Indictment, Doc. 10.) The defendant was charged, *inter alia*, in Count Five with Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). (*Id.*) Count Five of the Indictment carried a mandatory minimum sentence of at least five years incarceration absent safety valve eligibility under 18 U.S.C. § 3553(f). (*Id.*; *see also* 21 U.S.C. § 841(b)(1)(B).)

2. On August 17, 2017, the parties appeared before the Court for Judgment and Sentencing. (Sentencing Minutes, Doc. 163.) At the sentencing hearing, the Court sentenced the defendant, Arnulfo Sanchez, to a term of incarceration of 48 months. (*Id.*) The 48-month sentence was consistent with the plea agreement between the parties. (Plea Agreement, Doc. 129.)

3. Although the parties jointly agree that the defendant is safety valve eligible, the parties neglected to ask the Court to make the explicit finding at the sentencing hearing.

4. Accordingly, the parties agree and stipulate, and request that the Court find that the defendant, Arnulfo Sanchez is safety valve eligible pursuant to 18 U.S.C. § 3553(f) based on the fact that:

    a) The defendant does not have more than 1 criminal history point. (Presentence Investigation Report ("PSR"), Doc. 153 at ¶ 35.)

    b) The defendant did not use violence or possess a firearm or other dangerous weapon in connection with the offense. (PSR at ¶¶ 5-13.)

    c) The offense did not result in death or serious bodily injury to any person.

    d) The defendant was not an organizer, leader, manager, or supervisor of others. (PSR at ¶ 14.)

    e) The defendant provided all information and evidence the defendant has concerning the offense.

IT IS SO STIPULATED.

Dated: August 29, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: August 29, 2017    /s/ JESSE I. SANTANA (as authorized on 8/29/2017)
JESSE I. SANTANA
Counsel for Defendant
Arnulfo Sanchez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 31st day of August, 2017.

Dated: August 31, 2017

                                            Troy L. Nunley
                                            United States District Judge